PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>TRACY J. ROBESKY<br><br>          Defendant. | Case No. 1:22-po-00179-SAB<br><br>[Citation #FBHR002I CA/42]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #FBHR002I CA/42] in Case No. 1:22-po-00179-SAB against TRACY J. ROBESKY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 17, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00179-SAB [Citation #FBHR002I CA/42] against TRACY J. ROBESKY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 18, 2022**

UNITED STATES MAGISTRATE JUDGE